**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KENNETH HOLBROOK, | ) | Case No.: 1:16-cv-01755- JLT |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (Doc. 14) |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

On July 6, 2017, the parties filed a stipulation for an extension of thirty-one days for Plaintiff to file his opening brief. (Doc. 14) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation (Doc. 5 at 4). Because the thirtieth day falls on a Sunday, the request to extend the deadline to the following Monday is appropriate. Accordingly, the Court **ORDERS**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief on or before **August 7, 2017**.

IT IS SO ORDERED.

Dated: **July 7, 2017**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.