# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HOLBROOK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-cv-01755- JLT<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 17) |

On August 18, 2017, Defendant filed a motion for an extension of forty-five days to file a response to Plaintiff's opening brief. (Doc. 17) Defendant asserts the further extension is necessary due to a pending medical leave of counsel. (*Id.* at 1) Plaintiff does not oppose the motion for an extension, and stipulates to the requested modification of the scheduling order. (*Id.* at 2)

Good cause appearing, the Court **ORDERS**:

1. Defendant's request for an extension of time is **GRANTED**; and

2. Defendant **SHALL** file a response to the opening brief on or before **October 23, 2017**.

IT IS SO ORDERED.

　Dated: **August 18, 2017**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1